IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THORNTON FOREHAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14-cv-207-WHA |
| | ) | |
| | ) | (WO) |
| C.S. KEARLEY, Deputy, in his individual | ) | |
| capacity and official, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, Thornton

Forehand, and this case is DISMISSED with prejudice.

DONE this 3rd day of February, 2015.

/s/ W. Harold Albritton

W. HAROLD ALBRITTON

SENIOR U. S. DISTRICT JUDGE